STATE, *ex rel.* BENJAMIN AXLEROAD, v. FRED P. CONE, as Governor

188 So. 93.
Division A.
Opinion Filed February 10, 1939.
Rehearing Denied May 1, 1939.

*Benjamin Axleroad* and *C. N. Ashmore,* for Petitioner;
No Appearance *Contra*

PER CURIAM.—This cause is before us on petition for
alternative writ of mandamus to coerce the Governor of
Florida to countersign a warrant drawn by the Comptroller
on the State Treasurer to pay to the relator the salary due
him by the State of Florida under the provisions of Chapter
13887, Acts of 1929, as amended by Chapter 16997, Acts of
1935, in the sum of $1770.80.

The validity of relator's claim was tested in mandamus
proceedings in this Court, see State, *ex rel.* Axleroad v. Lee,
132 Fla. 512, 181 Sou. 9, and the Comptroller, as respondent
therein, was ordered to draw his warrant, or warrants, for
the amount due the relator at the date of institution of that
suit.

The Comptroller complied with that order and drew and
signed four warrants on the State Treasurer for the sum of
$208.33 each and one warrant for $104.16, and presented the
same to the Governor to be countersigned under the pro-
vision of Section 24, Article IV of the State Constitution.
Sec. 135 R. G. S., 165 C. G. L.

The Governor declined to countersign the warrants and
this petition in mandamus was filed in this Court.

The validity to the petitioner's claim, at least to the
amount for which the Comptroller was required to draw his
warrants and in the amount for which he has drawn his war-
rants in compliance with the judgment, *supra,* has been
finally and affirmatively adjudicated.

The Judiciary is without power to direct or coerce the
Governor in the exercise of any administrative function.
See State v. Drew, 17 Fla. 67.

The Supreme Court may only advise the Governor con-
cerning his duty in regard to his executive powers and duties

498

when requested by him so to do under the provisions of Section 13, Article IV of the Constitution.

So the petition for alternative writ of mandamus must be denied.

So ordered.

TERRELL, C. J., and WHITFIELD, BROWN, BUFORD, CHAPMAN, and THOMAS, J. J., concur.